UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Enock Ilunga,<br>Petitioner<br>v.<br>Todd Blanche, et al.,<br>Respondents | Case No. 2:26-cv-01399-CDS-DJA<br>**Order Dismissing as Moot the Petition for Writ of Habeas Corpus**<br>[ECF No. 4] |

Counsel for petitioner Enock Ilunga has notified the court of Ilunga's removal from the United States. ECF No. 8. Counsel represents that, according to documentation provided by the government, Ilunga was "deported on bond on May 6, 2026." *Id.* This representation appears to render his petition for writ of habeas corpus moot.

"[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and that the traditional function of the writ is to secure release from illegal custody." *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973); *see also* 28 U.S.C. § 2241(c)(3) (providing that the writ of habeas corpus extends to prisoners in custody in violation of the Constitution or federal law).

Here, when Ilunga filed his pro se petition, he was in immigration custody for "about 6 months" without a reasonably foreseeable removal date. ECF No. 4 at 6. However, his appointed counsel has since confirmed that he is no longer detained and has now been removed. ECF No. 8. The court therefore "can no longer provide him the primary relief sought in his habeas corpus petition," rendering his petition moot. *See Munoz v. Rowland*, 104 F.3d 1096, 1097–98 (9th Cir. 1997); *see also Singh v. Bowen*, 2025 WL 3679185, at *1 (C.D. Cal Dec. 18, 2025) (dismissing as moot petition where petitioner was released from immigration custody). Indeed, "a case is moot when

the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Powell v. McCormack*, 395 U.S. 486, 496 (1969).

**Conclusion**

IT IS THEREFORE ORDERED that Ilunga's writ of habeas corpus **[ECF No. 4] is dismissed without prejudice as moot** following his removal from the United States. The Clerk of the Court is kindly directed to close this case.

Dated: October 26, 2026

________________________________
Cristina D. Silva
United States District Judge